UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: APPLICATION FOR LAW STUDENT PRACTICE | Case No. 2:25-CM-76-DMG <br><br> <u>ORDER RE APPLICATION AND REQUEST TO UNDERTAKE THE SUPERVISION OF AN ELIGIBLE LAW STUDENT ON BEHALF OF THE UNITED STATES OF AMERICA IN CRIMINAL MATTERS</u> |
|---|---|

The Court has read and considered the government's Application and Request to Undertake the Supervision of an Eligible Law Student on Behalf of the United States of America in Criminal Matters Pursuant to Local Rule 83-4 ("Student Practice"). FOR GOOD CAUSE SHOWN:

1. The government's application is granted.

2. Law Student SHMUEL M. WYCKOFF, an eligible law student under Civil Local Rule 83-4, may appear on behalf of the United States of America in criminal matters with a supervising attorney (as defined in Civil Local Rule 83-4.3) from the United States Attorney's Office for the Central District of California during trial settings, motion hearings, change of plea hearings, supervised release revocation

hearings, and magistrate court hearings, between the dates of June 9, 2025 and August 8, 2025.

IT IS SO ORDERED.

 June 25, 2025
 DATE

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

  /s/Alexander Su
ALEXANDER SU
Assistant United States Attorney

2